FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNOR ADRIAN POTUCEK,<br><br>Defendant. | No. 2:21-CR-00011-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED IN PART (ECF No. 29)** |

    Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 29**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose his request to travel outside the Eastern District of Washington for work purposes.

    Specifically, Defendant is requesting to travel to northern Idaho for employment when necessary and requesting approval from his pretrial services officer rather than the Court when he needs to travel. Defendant is also requesting special condition #15, **ECF No. 17**, the no contact order be withdrawn. The United States is opposed to withdrawing the no contact order and U.S. Probation defers to the Court on this issue.

    Having considered the Declarations filed at **ECF No. 30 and 31**, the Court is fully informed and finds good cause to grant the motion in part. Therefore, **IT IS ORDERED** Defendant's Motion, **ECF No. 29,** is **GRANTED IN PART**. Defendant may travel to northern Idaho for work purposes *only* and with *prior*

ORDER - 1

permission from Pretrial Services as needed.  The no contact order, special condition #15, shall remain in effect.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 23, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2