# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Potucek, Connor Adrian | Docket No. | 2:21CR00011-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Connor Adrian Potucek, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 24th day of February 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licenced medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Connor Adrian Potucek is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of codeine, without a valid prescription, on October 15, 2021.

On February 26, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Potucek. Mr. Potucek verbally acknowledged an understanding of the conditions, which included standard condition number 9.

On October 15, 2021, Mr. Potucek reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive the presence of morphine. Mr. Potucek denied using any morphine at that time. Subsequently, the sample was sent to Alere Toxicology (Alere) for further analysis.

On October 25, 2021, Alere confirmed the above-noted urine specimen tested positive for the presence of codeine.

On October 25, 2021, the undersigned officer confronted Mr. Potucek about the aforementioned positive drug test. Mr. Potucek denied having a valid prescription for codeine. He also denied knowingly ingesting codeine. Mr. Potucek advised he had recently ingested some poppy seed muffins, and speculated that the consumption of said muffins caused him to test positive for the presence of codeine.

In response to this positive drug test, the undersigned officer instructed Mr. Potucek to stop consuming any foods containing poppy seed muffins and increased his drug testing expectations.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 2, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Potucek, Connor Adrian
November 2, 2021
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

November 9, 2021
_____
Date