Vanessa R. Waldref
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2021

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONNOR ADRIAN POTUCEK,<br><br>Defendant. | 2:21-CR-11-WFN<br><br>*Pretrial Diversion Agreement* |

Plaintiff United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III, Assistant United States Attorney for the Eastern District of Washington, as well as Defendant CONNOR ADRIAN POTUCEK, and Bevan J. Maxey, counsel for Defendant CONNOR ADRIAN POTUCEK, agree to the following Pretrial Diversion Agreement:

### I.    Overview

1. On February 2, 2020, the Grand Jury returned an Indictment charging CONNOR ADRIAN POTUCEK with a violation of 18 U.S.C. § 1001(a)(2). (ECF No. 1).

2. Defendant CONNOR ADRIAN POTUCEK agrees that the United States could prove the charge in the Indictment, and that Defendant violated 18 U.S.C. § 1001(a)(2). Defendant wishes to accept responsibility for his

Potucek Pretrial Diversion Agreement - 1

conduct. Specifically, Defendant agrees to, and wishes to accept responsibility for, the following:

    a. On or about August 22, 2020, in the Eastern District of Washington and elsewhere, CONNOR ADRIAN POTUCEK electronically accessed the U.S. Department of Veterans Affairs Office of Inspector General ("VA OIG") Hotline Complaint Center and filed a "Web Complaint" against Spokane VA Medical Center ("VAMC") employee, B.H., a licensed registered nurse. The United States Department of Veterans Affairs ("VA") is a department and agency within the executive branch of the Government of the United States. The Spokane VAMC is operated by the VA and is located in Spokane, Washington. The Spokane VAMC is dedicated to providing health care services to veterans. The nature of the allegations in a complaint received by the OIG Hotline Complaint Center determine which VA OIG division(s) would manage the case. The VA OIG refers certain matters directly to the appropriate VA office if the allegation appears to warrant action. CONNOR ADRIAN POTUCEK's Web Complaint was referred to the VA OIG's Spokane Resident Office for further investigation.

    b. On or about August 22, 2020, CONNOR ADRIAN POTUCEK made the following materially false statements and representations about B.H. to the VA:

| Web Complaint Section Heading | Statements and Representations |
|---|---|
| Facility Involved | ICU nurse B.H. in Spokane, Washington regularly consumes non-prescription pharmaceuticals. |
| Wrongdoer(s) | B.H. |
| Victims | All Members of armed services who think they have a sober nurse. |

Potucek Pretrial Diversion Agreement - 2

| Allegations | Hydrocodone abuse, oxycontin abuse, modafinil abuse. |
|---|---|
| Impact | Theft from patients in need, impaired productivity. |
| Offense Dates | Since B.H. started, other employees have given her clean urine. |

    c. On September 21, 2020, VA OIG investigators interviewed CONNOR ADRIAN POTUCEK in Spokane, Washington. The interview was recorded. CONNOR ADRIAN POTUCEK stated he was vacationing with B.H. in McCall, Idaho, the night he made the Web Complaint. He filed the complaint after they had an argument and she left him stranded in McCall without a car. CONNOR ADRIAN POTUCEK said he continued to consume alcohol after B.H. left McCall and he started internet researching VA phone numbers to contact. CONNOR ADRIAN POTUCEK stated his motivation was to "hurt" B.H. and by filing a complaint with the VA that she was diverting controlled substances for her personal use was a way to "get at her" for leaving him stranded. CONNOR ADRIAN POTUCEK stated his allegations were false. CONNOR ADRIAN POTUCEK stated he specifically identified three controlled substances in the complaint because he thought it would jeopardize B.H.'s license and felt he had to be specific otherwise his allegations would not be taken seriously. CONNOR ADRIAN POTUCEK stated he tried calling several VA numbers but they were dead ends. Eventually, he decided to file a Web Complaint through VA OIG Hotlink, anticipating that to be a dead end too.

3. On the authority from the Attorney General of the United States, through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, prosecution in the Eastern District of Washington for the

Potucek Pretrial Diversion Agreement - 3

offense alleged in the Indictment shall be deferred for 24 months. This 24-month period begins on the date this Agreement is signed by both the parties and accepted by the Court.

4. This Agreement is not intended—and shall not be construed—as a liability admission by any party.

5. The parties agree that the Court will maintain jurisdiction over this matter and that the Court shall be the final arbiter on 1) whether a party breached this Agreement and, if so, 2) the appropriate remedy, which may include either terminating the Agreement or modifying its terms. A modification may include extending the Agreement's 24-month period by an additional 12 months (for a maximum of 36 months).

## II.    Terms

CONNOR ADRIAN POTUCEK agrees to the following terms:

1. **Supervision.** Mr. Potucek agrees to be supervised by the United States Probation Office during this 24-month period (or longer, if the period is extended by the Court). Mr. Potucek's supervision terms include the following:

    a. Mr. Potucek shall not violate any federal, state, or local law (this does not apply to civil infractions such as speeding).

    b. If Mr. Potucek is arrested or has any official contact with a law enforcement officer in a civil or criminal investigative capacity, he shall notify his supervising diversion officer within two (2) business days.

    c. Mr. Potucek shall live in the Eastern District of Washington. If Mr. Potucek seeks to move outside the district, then he shall notify his supervising diversion officer so appropriate arrangements can be made.

Potucek Pretrial Diversion Agreement - 4

    d. Mr. Potucek shall be employed regularly at a lawful occupation. When out of work, he shall notify his diversion supervisor. In the event he is self-employed, he shall provide evidence of said self-employment.

    e. Mr. Potucek shall report to his supervising diversion officer as directed. Any failure to abide by the reporting requirements established by the diversion supervisor will be deemed to be an irrevocable violation of the instant Agreement.

    f. Mr. Potucek shall not possess, control, consume and/or use any alcohol or illegal controlled substance, including marijuana.

    g. Mr. Potucek shall obtain a substance abuse evaluation and enter into any outpatient or inpatient treatment programs at the direction of his diversion supervisor.

2. **Tolling.** Mr. Potucek agrees to toll the running of all applicable statutes of limitations for the offense alleged in the Indictment. This tolling shall run from the date this Agreement is signed by all parties until the Agreement expires or is terminated by the Court. Mr. Potucek agrees that the Agreement's tolling provision does not abridge or curtail the applicable statute of limitations in any way, but rather extends the applicable statute of limitations by the time period that the Agreement is in effect.

3. **Speedy Trial.** Mr. Potucek acknowledges that he enjoys speedy trial rights under both the Sixth Amendment to the United States Constitution and 18 U.S.C. § 3161. Mr. Potucek agrees that he will neither move the Court to dismiss any charges nor assert any defenses based on speedy trial violations while prosecution is deferred under this Agreement. Mr. Potucek further agrees that if this Agreement is terminated by the Court and the United States resumes prosecuting him for the offense alleged in the Indictment, any delays stemming from this Agreement are requested by him, and these

Potucek Pretrial Diversion Agreement - 5

delays are reasonable, necessary, and in the interest of justice. *See* 18 U.S.C. § 3161(h)(2).

4. **Breach.** If, after a hearing, the Court terminates the Agreement based on a breach by Mr. Potucek, then the United States may resume its prosecution against Mr. Potucek for any available charges.

The United States agrees to the following terms:

1. **Admissibility of the Pretrial Diversion in Prosecution.** Should the Court terminate the Agreement based on a breach by Mr. Potucek, Mr. Potucek agrees and understands that this Agreement and his admissions herein will be admissible against him at any trial, sentencing, or other proceeding. Mr. Potucek further agrees and understands that in that event all statements made to the United States pursuant to this agreement, including any testimony provided in any proceeding, will be admissible against him at any trial, sentencing, or other proceeding.

2. **Defer Prosecution.** The United States agrees to defer prosecuting the above-captioned matter for 24 months (or up to 36 months, if the Agreement is extended). If Mr. Potucek completes this Agreement (even if there are modifications or extensions), then the United States will dismiss the Indictment with prejudice. In addition, if Mr. Potucek completes this Agreement, then the United States will not charge Mr. Potucek with any other offenses stemming from the conduct set forth in the Indictment.

I hereby state that the above has been read by me. I understand the conditions of my pre-trial diversion and agree that I will comply with them.

_____     Nov 2 2021
CONNOR ADRIAN POTUCEK                Date

Potucek Pretrial Diversion Agreement - 6

_____  _11-2-21_
Bevan J. Maxey                        Date
Counsel for CONNOR ADRIAN POTUCEK

_____  _12/6/2021_
George J.C. Jacobs, III               Date
Assistant United States Attorney

Approved without passing judgment on the merits or wisdom of this diversion.

_____  _12/7/21_
Wm. Fremming Nielsen                  Date
Senior United States District Judge

Potucek Pretrial Diversion Agreement - 7