UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Potucek, Connor Adrian | Docket No. | 0980 2:21CR00011-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Connor Adrian Potucek, who was placed under a pretrial diversion agreement by the Honorable Wm. Fremming Nielsen, sitting in the Court at Spokane, Washington, on the 7th day of December 2021, under the following conditions:

**Condition a.:** Mr. Potucek shall not violate any federal, state, or local law (this does not apply to civil infractions such as speeding).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 21, 2022, the undersigned officer reviewed the conditions of the pretrial diversion agreement with Mr. Potucek. Additionally, the undersigned officer again reviewed the conditions of the pretrial diversion agreement with Mr. Potucek on April 21, 2022. Mr. Potucek acknowledged an understanding of his pretrial diversion agreement at that time.

**Violation #1:** Connor Adrian Potucek is alleged to have violated his condition of his pretrial diversion agreement by being cited for reckless driving on June 30, 2022.

The following information was obtained from an affidavit for citation completed by an officer with the Spokane Police Department (SPD) and available court documents.

On June 30, 2022, while getting gasoline at a gas station, an officer with the SPD observed a tan Mercedes, allegedly operated by Mr. Potucek, driving westbound on West 2nd Avenue in Spokane, Washington. The vehicle accelerated into the right turn onto South Lincoln Street. Subsequently, the vehicle took the turn at a high rate of speed breaking traction while going sideways. The officer could hear the tires of the vehicle squealing. The Mercedes continued to lose traction and the officer could still hear the tires squealing as he entered his patrol car. This area of downtown Spokane has a lot of pedestrian and vehicular traffic. The officer believed the driver, Mr. Potucek, committed the violation of reckless driving and initiated a traffic stop.

Mr. Potucek has been formally charged with reckless driving in Spokane County District Court case number 2A0426134.

On July 6, 2022, Mr. Potucek appeared in Spokane County District Court and entered a plea of not guilty. His next scheduled appearance in this matter is on August 9, 2022.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 28, 2022

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/1/2022

Date