PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2023

SEAN F. MCAVOY, CLERK

for

Eastern District of Washington

U.S.A. vs.                Potucek, Connor Adrian                Docket No.        0980 2:21CR00011-WFN-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Connor Adrian Potucek, who was placed under a pretrial diversion agreement by the Honorable Wm. Fremming Nielsen, Senior U.S. District Judge, sitting in the Court at Spokane, Washington, on the 7th day of December 2021, under the following conditions:

**Condition a.:** Mr. Potucek shall not violate any federal, state, or local law (this does not apply to civil infractions such as speeding).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 21, 2022, the undersigned officer reviewed the conditions of the pretrial diversion agreement with Mr. Potucek. Additionally, the undersigned officer again reviewed the conditions of the pretrial diversion agreement with Mr. Potucek on April 21, 2022.  Mr. Potucek acknowledged an understanding of his pretrial diversion agreement at that time.

**Violation #1:** Connor Adrian Potucek is alleged to have violated the conditions of his pretrial diversion agreement by being arrested for second degree assault in Spokane, Washington, on October 24, 2023.

The following information was gathered from Spokane Police Department (SPD) report number 2023-20212485.

On October 24, 2023, at approximately 7:03 p.m., officers with the SPD responded to multiple reports of someone being hit with a bat at or near ▮▮▮▮▮▮▮ in Spokane, Washington.   It should be noted that ▮▮▮▮▮▮▮ is Mr. Potucek's known address.

A witness (witness 1) at the scene indicated that transient bystanders were standing across the street from ▮▮▮▮▮▮▮. Mr. Potucek came from the ▮▮▮▮▮▮▮ residence yelling at the bystanders.  He reportedly used a water gun and sprayed the bystanders with water. Subsequently, Mr. Potucek and the alleged victim began to argue.  During that argument, the alleged victim produced a baseball bat. Mr. Potucek reportedly produced a knife, while still holding the water gun.  The two engaged in a physical altercation, in which Mr. Potucek reportedly disarmed the alleged victim of the bat.

Mr. Potucek picked up the bat and allegedly struck the victim multiple times, while the alleged victim was on the ground. Witness 1 indicated the alleged victim was not aggressing on Mr. Potucek when he was striking the victim with a bat. He also advised the alleged assault occurred across the street from Mr. Potucek's residence, meaning he had to leave his house to aggress toward the alleged victim and engage in a physical altercation.

A second witness (witness 2), who resides across the street from the ▮▮▮▮▮▮▮ address, stated she saw a group of people on her side of the street walking on the sidewalk and talking about going to a local house. She observed the alleged victim smoking a glass pipe at which time she asked that he not smoke in front of her house.

**Re: Potucek, Connor Adrian**
**October 25, 2023**
**Page 2**

Witness 2 reportedly saw Mr. Potucek come out his front door and ask the group to leave. He reportedly used a flash light and illuminated the group. The alleged victim took exception to Mr. Potucek and challenged him to come over to where he was standing. Witness 2 observed Mr. Potucek grab a water gun and go over to the alleged victim. She then observed the two get into a fight that ended up on the ground. She never saw a bat or knife, but agreed Mr. Potucek hit the alleged victim with the water gun.

Witness 2 also stated she is tired of the drug use in the area. She indicated that Mr. Potucek has a "short fuse" due to ongoing issues with the neighborhood.

Other officers located the alleged victim about 1 block away with severe injuries. He was transported to a nearby hospital.

Officers took Mr. Potucek into custody without incident. While loading him into a patrol car for transport, without the officer asking any questions, Mr. Potucek allegedly stated something to the effect of, "I hope I broke his fucking leg." He then asked for a lawyer and refused to answer any demographic questions, which were not related to the investigation.

On October 25, 2023, Spokane County Pretrial Services contacted the undersigned officer to advise Mr. Potucek would be making an initial appearance for second degree assault in Spokane County Superior Court on this date.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    October 25, 2023 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

10/25/2023

Date