UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Potucek, Connor Adrian | Docket No. | 0980 2:21CR00011-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Connor Adrian Potucek, who was placed under a pretrial diversion agreement by the Honorable Wm. Fremming Nielsen, sitting in the Court at Spokane, Washington, on the 7th day of December 2021, under the following conditions:

**Condition b:** If Mr. Potucek is arrested or has any official contact with a law enforcement officer in a civil or criminal investigative capacity, he shall notify his supervising diversion officer within two (2) business days.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 21, 2022, the undersigned officer reviewed the conditions of the pretrial diversion agreement with Mr. Potucek. Additionally, the undersigned officer again reviewed the conditions of the pretrial diversion agreement with Mr. Potucek on April 21, 2022. Mr. Potucek acknowledged an understanding of his pretrial diversion agreement at that time.

**Violation #1:** Connor Adrian Potucek is alleged to have violated the conditions of pretrial release supervision by failing to report law enforcement contact that occurred on October 24, 2024, to the undersigned officer within 2 business days.

On November 6, 2024, the undersigned officer conducted a criminal history inquiry on Mr. Potucek as a standard procedure of his pretrial diversion supervision. The inquiry revealed Mr. Potucek was cited by the Spokane Police Department for speeding 10 miles per hour over the limit.

Subsequently, the undersigned officer was able to discuss the above-noted law enforcement contact with Mr. Potucek. He acknowledged he was cited for speeding on October 24, 2024, and received a fine. The undersigned officer reminded Mr. Potucek to report any official law enforcement to the undersigned officer within 2 business days and he agreed to do so.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    November 8, 2024 |
| | by | s/Erik Carlson |
| | | Erik Carlson
U.S. Pretrial Services Officer |

Re: Potucek,, Connor Adrian
November 8, 2024
Page 2

THE COURT ORDERS

[X]    No Action; Court concurs with Officer action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

November 12, 2024

Date